NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AGIS SOFTWARE DEVELOPMENT LLC,**
*Appellant*

**v.**

**COKE MORGAN STEWART, ACTING UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND ACTING DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2023-2236, 2023-2237

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00513, IPR2022-00514, IPR2022-00515.

---

**JUDGMENT**

---

ENRIQUE WILLIAM ITURRALDE, Fabricant LLP, Rye, NY, argued for appellant. Also represented by ALFRED ROSS FABRICANT, PETER LAMBRIANAKOS, VINCENT J. RUBINO, III.

KAKOLI CAPRIHAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for

intervenor.   Also  represented  by  PETER J. AYERS, MAI-
TRANG DUC DANG, AMY J. NELSON, BRIAN RACILLA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE and
BRYSON, *Circuit Judges*).

### AFFIRMED.  *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

June 9, 2025
Date

Jarrett B. Perlow
Clerk of Court